UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WRIGCOLL ENTERPRISES INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 25-10819-ADB |
| | * | |
| GREATER BOSTON FOOD BANK, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

ORDER

BURROUGHS, D.J.

On April 4, 2025, Donald Collins filed a civil complaint on the behalf of Wrigcoll Enterprise Inc. ("Wrigcoll"). The complaint characterizes Wrigcoll as a "Black-led nonprofit organization focused on food justice, community empowerment, and combating food insecurity." Compl. at 1. Wrigcoll is identified as the sole plaintiff. Id. at 3. Collins signed the complaint as the founder and CEO of Wrigcoll. Id. at 17.

Unless Collins is a licensed attorney, he cannot represent Wrigcoll in this action. Federal law permits natural persons to represent themselves, but it does not allow unlicensed laypersons to represent other individuals or any entities. See 28 U.S.C. § 1654; Rowland v. California Men's Colony, 506 U.S. 194, 196 (1993). Similarly, this Court's Local Rules explicitly provide that a "corporation . . . or other entity that is not an individual may not appear pro se" and that "[a]n individual officer [or] director . . . . may not appear on behalf of an entity" unless that person is also an attorney. L.R. 83.5.5(c) (D. Mass.) "The court may strike any pleading filed on behalf of any entity that purports to appear pro se." Id.

Accordingly, unless counsel for Wrigcoll enters an appearance within thirty-five (35) days of the date of this order and pays the $405 filing fee,[1] this action will be dismissed without prejudice. Nothing in this order prevents Collins from bringing claims on his own behalf (rather than on behalf of Wrigcoll) and representing himself.

    IT IS SO ORDERED.

July 25, 2025                            /s/ Allison D. Burroughs
                                            ALLISON D. BURROUGHS
                                            U.S. DISTRICT JUDGE

---

[1] Only natural persons may proceed in forma pauperis. See Rowland, 506 U.S. at 196.