UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| | ) | |
| Donald Collins, an individual, | ) | |
| Black stroke survivor, | ) | |
| SSDI recipient, and | ) | Civil No.1:25-cv-10819 |
| nonprofit founder, | ) | |
| and Wrigcoll, a Black-led | ) | |
| nonprofit, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Greater Boston Food Bank, | ) | |
| et al., Defendants. | | |

**MOTION FOR APPOINTMENT OF COUNSEL (28 U.S.C. § 1915(e)(1))**

Plaintiff Donald Collins respectfully moves this Court to appoint counsel to represent him in this matter pursuant to 28 U.S.C. § 1915(e)(1). In support of this motion, Plaintiff states the following:

1. **Plaintiff is proceeding pro se if granted in forma pauperis status, which confirms his inability to afford an attorney.**
2. **The legal and factual issues in this case are exceptionally complex, involving multiple defendants and claims under federal statutes, including 42 U.S.C. §§ 1981, 1983, Title VI of the Civil Rights Act, and the Americans with Disabilities Act (ADA).**
3. **Plaintiff has no formal legal training and, as a stroke survivor, has personal health challenges that make it difficult to effectively litigate this case.**
4. **The defendants are well-funded organizations and are represented by experienced legal counsel, creating a significant imbalance of power.**
5. **Appointment of counsel would serve the interests of justice by ensuring the fair and efficient presentation of the case and protecting Plaintiff's constitutional rights.**

WHEREFORE, Plaintiff respectfully prays that the Court grant this Motion and appoint counsel to represent him in this matter. Respectfully submitted,

Date: 08/26/2025

*Donald C*

Donald Collins

1221 Cambridge Street, #906

Cambridge, MA 02139

donationwrigcoll@gmail.com

## CERTIFICATE OF SERVICE

I, Donald Collins, hereby certify that on Date 08-28-2025 I caused a true and correct copy of the **MOTION FOR APPOINTMENT OF COUNSEL, AFFIAVIT IN SUPPORT MOTION FOR APPOINTMENT OF COUNSEL** to be served upon the following parties by Certified UNITED STATES POSTAL MAIL, at the addresses indicated below:

**Freeman Company**

c/o Cara Milligan,
Stephanie Hart
40 Strafello Drive, Suite H
Avon, MA  02322

**Massachusetts Military Support Foundation**

c/o Don Cox
Sandwich Empowerment Center
117 Route 6A
Sandwich, MA 02652

**Food For Free**

c/o Jessica Cantin
59 Inner Belt Rd.
Somerville, MA 02143

**Robert C. Brooks Partner Verrill Dana LLP**

c/o Diversified Communications
One Portland Square
Portland, ME 04101-4054