UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WRIGCOLL ENTERPRISES INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 25-10819-ADB |
| | * | |
| GREATER BOSTON FOOD BANK, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

ORDER

BURROUGHS, D.J.

On April 4, 2025, Donald Collins filed a civil complaint on the behalf of Wrigcoll Enterprise Inc. ("Wrigcoll"). The complaint characterizes Wrigcoll as a "Black-led nonprofit organization focused on food justice, community empowerment, and combating food insecurity." Compl. at 1. Wrigcoll is identified as the sole plaintiff. Id. at 3. Collins signed the complaint as the founder and CEO of Wrigcoll. Id. at 17. Collins also filed a motion for leave to proceed in forma pauperis based on his personal financial circumstances, ECF No. 2, and a motion to file electronically, ECF No. 4.

On July 25, 2025, the Court entered an order stating that Wrigcoll must be represented by licensed counsel. ECF No. 5. The Court also noted that only a natural person may proceed in forma pauperis. The Court ordered that, unless counsel for Wrigcoll entered an appearance within thirty-five days of the date of the order and paid the $405 filing fee, the action would be dismissed without prejudice. The Court also stated that Collins could bring claims on his own behalf without being represented by counsel.

On August 28, 2025, Collins filed a motion for appointment of counsel and an affidavit in support thereof.  ECF Nos. 9, 10.  The motion is DENIED.  To the extent Collins is asking that the Court appoint counsel for Wrigcoll, the Court cannot do so.  Under the federal <u>in forma pauperis</u> statute, a court "may request an attorney to represent any <u>person</u> unable to afford counsel."  28 U.S.C. § 1915(e)(1) (emphasis added).  The statute does not provide for appointment of counsel to represent an organization.

The Court will dismiss this case without prejudice in twenty-eight (28) days unless, prior to that time (1) counsel for Wrigcoll appears and pays the $405 filing fee; or (2) Collins files an amended complaint in which he is the sole plaintiff.  If Collins elects to proceed <u>pro se</u>, he may file a renewed motion for appointment of counsel once the defendants have responded to the amended complaint.

IT IS SO ORDERED.

September 10, 2025               /s/ Allison D. Burroughs
                                 ALLISON D. BURROUGHS
                                 U.S. DISTRICT JUDGE