UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD COLLINS,<br><br>    Plaintiff,<br><br>v.<br><br>GREATER BOSTON FOOD BANK, et al.,<br><br>    Defendants. | Civil Action No. 25-10819-ADB |

ORDER

BURROUGHS, D.J.

On November 24, 2025, pro se plaintiff Donald Collins filed a second amended complaint, and summonses have issued for all defendants named in the pleading. ECF Nos. 23, 24. In light of the issuance of summonses, the Court hereby orders:

    1.    As the plaintiff in this action, Collins is responsible for ensuring that each defendant named in the second amended complaint is served with (1) the second amended complaint; and (2) this order.

    2.    Service must be made in accordance with Rule 4 of the Federal Rules of Civil Procedure.

    3.    Because Collins is proceeding in forma pauperis, he may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States. See 28 U.S.C. § 1915(d).[1] If so asked by Collins, the USMS shall serve a summons, the second amended complaint, and this order on each defendant as directed by the

---

[1] Collins is not required to ask the USMS to complete service. Under the Federal Rules of Civil Procedure, "[a]ny person who is at least 18 years old and not a party may serve a summons and complaint." Fed. R. Civ. P. 4(c)(2).

plaintiff.  Collins is responsible for providing the USMS all copies for service and for completing a USM-285 form for each party to be served.[2]  The clerk shall provide Collins instructions for service by the USMS and USM-285 forms.

4.    Service must be completed within 90 days of the date the summonses issued.  Failure to comply with this deadline may result in dismissal of the case without prior notice to Collins.  See Fed. R. Civ. P. 4(m); L.R. 4.1 (D. Mass.).

   IT IS SO ORDERED.


December 1, 2025                  /s/ Allison D. Burroughs
                                  ALLISON D. BURROUGHS
                                  U.S. DISTRICT JUDGE

---

[2] An address at which a resident agent of a corporation may be served is often available through the website of the Secretary of the Commonwealth of Massachusetts.  See https://corp.sec.state.ma.us/corpweb/CorpSearch/CorpSearch.aspx.